T. SCOTT BELDEN, CSB NO 184387
LISA HOLDER, CSB NO 217752
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Cross-Appellant and Appellee,
Michael D. McGranahan, Chapter 7 Trustee

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Court Case No. 1:07-CV-00465-AWI |
| CENTRAL VALLEY PROCESSING, INC., | BAP Case No.  EC-07-1000 & EC-07-1014 |
| Debtor. | Bankruptcy Case No. 03-11610-B-7 |
| | Adv. Proc. No. 05-1304-B |
| GROWER'S COMMITTEE, | |
| Appellant, | **STIPULATION CLARIFYING CASE NUMBERS ON APPEAL AND CLOSING CASE NUMBER 1:07-CV-00465-AWI AND ORDER THEREON** |
| v. | |
| MICHAEL MCGRANAHAN, CHAPTER 7 TRUSTEE, et al., | |
| Appellee. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel as follows:

On or about March 28, 2007, the District Court served a Notice to Bankruptcy Court and Opening Letter regarding District Court Case No. 1:07-CV-00465-AWI.  There were already two cases pending regard the same appeal/cross-appeal, District Court Case Nos. 1:07-CV-00343-AWI and 1:07-CV-00344-AWI and those cases were recently consolidated.  These two cases stem from an appeal and a cross-appeal in the same bankruptcy case and adversary proceeding.

These two cases were transferred to the District Court from the Bankruptcy Appellate

Panel. On or about March 14, 2007, the District Court entered its Order Consolidating Cases, stating that the Lead Case is 1:07-CV-343-AWI and that the Member Case 1:07-CV-344-AWI to be closed and that all future filings to be made in the Lead Case.

On or about March 16, 2007, the District Court received another Order Transferring Appeals from the Bankruptcy Appellate Panel. This Order references the same bankruptcy, adversary, and BAP numbers as referenced above. On or about March 19, 2007, the District Court acknowledged receipt of the case file and assigned District Court No. 1:07-CV-465-AWI to that file. However, this is the same file the District Court previously received from the Bankruptcy Appellate Panel that was assigned District Court Nos. 1:07-CV-343-AWI and 1:07-CV-344-AWI.

Based upon the foregoing, the parties agree that District Court No. 1:07-CV-465-AWI was opened in error and should be closed. Based upon the Order Consolidating Case Nos. 1:07-CV-343-AWI and 1:07-CV-344-AWI, Case No. 1:07-CV-343-AWI is the lead case that all future documents should be filed in and should be the only case number associated with this consolidated appeal.

Therefore, the parties respectfully request that the District Court close Case No. 1:07-CV-465-AWI.

Dated: January ____, 2008                              KLEIN, DeNATALE, GOLDNER,
                                                       COOPER, ROSENLIEB & KIMBALL, LLP


                                                       By /s/ Lisa Holder
                                                       LISA HOLDER, Attorneys for Cross-Appellant
                                                       and Appellee, Michael D. McGranahan,
                                                       Chapter 7 Trustee

Dated: January ____, 2008                              WALTER LAW GROUP


                                                       By
                                                       RILEY C. WALTER , Attorneys for Appellant
                                                       and Cross-Appellee, Growers' Committee

**O R D E R**

The Court having considered the above stipulation entered into by the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that District Court Case No. 1:07-CV-00465-AWI shall be closed by the Clerk of the Court.

IT IS SO ORDERED.


Dated:   **January 16, 2008**              **/s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE